**HILL, FARRER & BURRILL LLP**
G. Cresswell Templeton III (Bar No. 138398)
  ctempleton@hillfarrer.com
William A. Meyers (Bar No. 266322)
  wmeyers@hillfarrer.com
300 South Grand Avenue, 37th Floor
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840

**LOWE GRAHAM JONES PLLC**
Michael J. Folise, Esq., *Pro Hac Vice*
  folise@lowegrahamjones.com
Ellen M. Bierman, Esq., *Pro Hac Vice*
  bierman@lowegrahamjones.com
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
Telephone: (206) 381-3300
Fax: (206) 381-3301

Attorneys for Defendant/Counterclaimant
BIOHACKED, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIVE EYEWEAR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOHACKED, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:19-cv-0461 FMO (PLAx) <br><br> **Hon. Fernando M. Olguin** <br><br> **ORDER RE: STIPULATED PROTECTIVE ORDER** <br><br> **DISCOVERY MATTER** <br><br> Complaint Filed: January 22, 2019 <br> Discovery Cutoff: September 6, 2019 <br> Pretrial Conf.: March 6, 2020 <br> Trial Date: March 24, 2020 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

Dated: July 31, 2019                    By: _____
                                                    PAUL L. ABRAMS
                                                    United States Magistrate Judge